## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. __1:20mj04066 Reid__

IN RE WIDLEY JUNIOR FELIX

_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    __ Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *James M. Ustynoski*
JAMES M. USTYNOSKI
Assistant United States Attorney
Southern District of Florida
Court ID No. A5502615
99 Northeast 4th Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (786) 439-3176
E-mail: James.Ustynoski@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Widley Junior FELIX<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:20mj04066 Reid |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 12, 2020 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1029(a)(3) | possession of fifteen (15) or more unauthorized access devices |
| Title 18, United States Code, Section 1028A(a)(1) | aggravated identity theft |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

*Complainant's signature*

Kenneth Sealy, TFO United States Secret Service
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by WhatsApp.

Date: 11/20/2020

*Judge's signature*

City and state: Miami, Florida

United States Magistrate Judge Lisette M. Reid
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenneth Sealy, being duly sworn, attest and affirm the following:

1. Your Affiant is a Detective with the Aventura Police Department, and has been so employed for approximately sixteen years. I am currently assigned as a Task Force Officer ("TFO") with the United States Secret Service. Furthermore, I am a graduate of the Broward Institute of Public Safety Florida Law Enforcement Basic Recruit Academy, and have conducted many investigations involving counterfeit access devices and aggravated identity theft. I am responsible for conducting criminal investigations of the criminal statutes contained in Title 18 of the United States Code, and I am authorized to apply for and execute arrest warrants for offenses enumerated in Title 18 of the United States Code and to execute search warrants. I have received extensive training in the investigation of check fraud, bank fraud, access device fraud, and identity theft. I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, United States Code, Section 3056.

2. The information in this Affidavit is based upon my personal knowledge and information learned from other law enforcement agents, investigators, witnesses, and documents. This Affidavit is submitted for the limited purpose of establishing probable cause in support of the criminal complaint charging WIDLEY JUNIOR FELIX ("FELIX") with (i) possession of fifteen (15) or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3), and (ii) aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1). The facts set forth herein do not constitute all the facts known to law enforcement officers regarding this matter.

## PROBABLE CAUSE

3. The federal government provides unemployment insurance ("UI") benefits for qualified people who are unable to work. State employment offices administer the UI system for the federal government. In California, the agency responsible for oversite is the California Employment Development Department ("EDD").

4. A person can receive UI benefits by completing an online application using their personal identification information ("PII") (i.e., name, social security number, and date of birth, etc.). A UI-benefits claimant can file for weekly benefits by certifying online that the claimant is unemployed and eligible for such benefits.

5. On March 27, 2020, Congress passed the Coronavirus Aid, Relief, and Economic Security (CARES) Act and the President signed the CARES Act into law. The CARES Act included an economic relief package in excess of $2 trillion, which Congress designed to help the American people during the public health and economic crises related to the COVID-19 pandemic. The CARES Act provides for three new types of unemployment benefits:

   a. The Pandemic Unemployment Assistance ("PUA") program is a separate benefit program designed to cover many people who do not qualify for regular unemployment during the COVID-19 pandemic. This includes self-employed individuals, independent contractors, and part-time workers affected by COVID-19;

   b. The Pandemic Emergency Unemployment Compensation ("PEUC") program is an extension of regular unemployment benefits that offers unemployment benefits up to thirteen (13) weeks beyond what is available from regular unemployment benefits. The CARES Act made these PEUC benefits available between March 29, 2020, and December 26, 2020; and

c. The Federal Pandemic Unemployment Compensation ("FPUC") program provided an extra $600 per week on top of the regular or PUA unemployment benefits between March 29, 2020, and July 25, 2020. The FPUC is available for everyone on regular unemployment or PUA, except those receiving training benefits.

6. On November 12, 2020, at approximately 3:00 pm, Aventura Police Department officers observed a red Infinity Q50 sedan on the perimeter road of the Aventura Mall with illegal dark-tinted windows, and a Florida temporary license tag that was not clearly visible, all in violation of the Florida Uniformed Traffic Code. Law enforcement officers initiated a traffic stop by activating their lights and sirens. As the vehicle came to a stop, officers approached and determined the attached license tag number AD-40041 was expired. The male driver was identified as FELIX, and the male front seat passenger was identified as F.C.

7. Law enforcement officers conducted a record check through the Florida Department of Highway Safety and Motor Vehicles (DHSMV) and determined the temporary license tag was not assigned to the red Infinity sedan. Upon checking the vehicle's Vehicle Identification Number (VIN), law enforcement determined that the owner of the vehicle was not FELIX or the other occupant, F.C. Instead, the vehicle was registered to a male in Boca Raton, Florida. Law enforcement officers then asked FELIX to temporarily exit the vehicle, patted him down for their safety, and then explained the legal issues with the actual temporary license tag. When law enforcement officers asked FELIX whether he had any documentation showing proof of purchase and ownership, FELIX stated he did and returned into his vehicle to retrieve same.

8. As the investigation continued, law enforcement officers informed FELIX and F.C. that they smelled an odor of marijuana emanating from the vehicle. F.C. spontaneously stated that they had recently smoked marijuana inside the vehicle, and FELIX admitted that the odor was

3

marijuana. Law enforcement officers then asked both occupants to exit the vehicle in order to conduct a search for narcotics. Officers immediately observed a black semi-automatic handgun partially protruding from underneath the driver's seat. A record check of the firearm's serial number determined that it was reported stolen to the Plantation Police Department on September 23, 2020. Officers also located a backpack in the backseat that contained approximately $9,780.00 in U.S currency.[1]

9. FELIX was then advised of his *Miranda* rights, which he waived and agreed to speak to law enforcement. FELIX stated that he purchased the stolen firearm "off the street" for about $300.00. FELIX admitted he did not have a concealed carry permit and was subsequently arrested for carrying a concealed firearm in violation of Florida state statute 790.01(2). FELIX was searched incident to arrest and officers discovered multiple Bank of America Economic Development Department (EDD)[2] debit cards in his wallet, in various names including A.C., A.H., and A.C.

10. Law enforcement officers then transported FELIX to the Aventura Police Department where your affiant conducted an audio/video recorded interview. Your affiant advised FELIX of his *Miranda* rights (for the second time), which he waived. FELIX admitted to smoking marijuana in the vehicle approximately 30 minutes prior to being pulled over by law enforcement officers. FELIX also admitted he knew the license tag was expired, and that he purchased the firearm from someone on the street.

11. Your affiant then asked FELIX about the Bank of America EDD debit cards recovered from his wallet. FELIX initially claimed that he buys and re-sells various items such as

---

[1] During the investigation at the traffic stop, FELIX stated he was homeless and unemployed.
[2] Bank of America Economic Development Department (EDD) cards are primarily issued by the State of California unemployment agency for the receipt of unemployment insurance benefits.

4

sneakers for a profit. FELIX stated that people sometimes pay him with prepaid debit cards. FELIX later admitted he lied and that he purchased the personal identification information (PII) of A.C., A.H., and A.C. from a website for $5.00 each, and used that information to submit fraudulent applications for unemployment insurance benefits from the state of California.

12. FELIX stated that the Bank of America EDD debit cards that were found in his possession were mailed to an address in California, and that he (FELIX) then instructed a friend to pick them up and bring them back to him in Florida. FELIX admitted that he received approximately $12,000.00 to $14,000.00 per card. FELIX stated that one of the EDD debit cards currently has approximately $20,000.00 left on it, one had approximately $500.00 left on it, and one had no money on it. FELIX stated he used ATM machines to withdraw the fraudulently obtained funds. FELIX admitted he knew that the victims were real people, that he did not personally know them, and that he did not have their permission to possess or use their information. FELIX also admitted that he possessed PII of other victims in his two cell phones.

13. Your affiant obtained one state of Florida search warrant for FELIX's vehicle and any electronic devices, including computers and cellular phones, contained therein. Pursuant to the search warrant, your affiant recovered a Bank of America EDD Visa debit card embossed with the name M.R., as well as two Apple iPhones.[3] During the examination of FELIX's two cellular phones, your affiant observed multiple text messages discussing filing fraudulent unemployment claims in various states, including California and New York. Your affiant viewed pictures and screenshots of unemployment applications that were filed using multiple victims' PII. Your affiant also viewed several text messages between FELIX and various co-conspirators discussing where to have the debit cards mailed.

---

[3] Based on the statements that FELIX provided, which included his phone number, and the information contained on the two cell phones, your affiant determined that the two cell phones belong to FELIX and not F.C.

5

14. FELIX's cell phones contain PII, including social security numbers and credit/debit card account numbers, of more than thirty individuals. This includes a credit card account number ending in 3003 issued in the name of M.C. In addition, your affiant located the PII of A.C., A.H., A.C., and M.R. inside FELIX's phone.

15. Your affiant spoke to M.C., who verified that she did not know FELIX and never gave FELIX permission to possess or use her credit card account number.

16. Your affiant verified that the recovered EDD Bank of America Visa debit cards had been funded with fraudulent unemployment insurance benefits from the state of California. Bank of America is also headquartered outside of the state of Florida.

17. Based on the foregoing facts, your Affiant submits that probable cause exists to believe that FELIX committed the crimes of possession of fifteen (15) or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3), and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KENNETH SEALY, TASK FORCE OFFICER
UNITED STATES SECRET SERVICE

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
via WhatsApp this 20th day of November 2020.

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE